EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | 2013 TSPR 110 |
|---|---|
| Brenda L. Bey Viñas | 189 DPR ____ |

Número del Caso: TS-14358

Fecha: 8 de octubre de 2013

Por derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Brenda L. Bey Viñas

Ex Parte

TS-14358

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2013.

Examinada la *Solicitud de Cambio de Estatus en el Registro Único de Abogados y Abogadas y de Readmisión al Ejercicio de la Abogacía* presentada por la Sra. Brenda L. Bey Viñas, *se provee con lugar.*

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo